**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DARRYL KEVIN STRAITZ,**
           **Plaintiff,**

v.                                                    Case No.  6:09-cv-403-Orl-18GJK

**OFFICER #1 U.S. PRISONER**
**TRANSPORT,**
**OFFICER #2 U.S. PRISONER**
**TRANSPORT,**
           **Defendants.**
_____

**RELATED CASE ORDER**
**AND TRACK ONE NOTICE**

It is hereby **ORDERED** that, no later than eleven days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form NOTICE OF PENDENCY OF OTHER ACTIONS.  It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track One** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

March 3, 2009

|  |  |
|---|---|
| ANNE C. CONWAY | JOHN ANTOON II |
| Anne C. Conway [22] | John Antoon II [28] |
| Chief United States District Judge | United States District Judge |
| GREGORY A. PRESNELL | MARY S. SCRIVEN |
| Gregory A. Presnell [31] | Mary S. Scriven [35] |
| United States District Judge | United States District Judge |
| GEORGE C. YOUNG | G. KENDALL SHARP |
| George C. Young [06] | G. Kendall Sharp[18] |
| Senior United States District Judge | Senior United States District Judge |
| PATRICA C. FAWSETT | |
| Patricia C. Fawsett [19] | |
| Senior United States District Judge | |
| DAVID A. BAKER | KARLA R. SPAULDING |
| David A. Baker [DAB] | Karla R. Spaulding [KRS] |
| United States Magistrate Judge | United States Magistrate Judge |
| GREGORY J. KELLY | |
| Gregory J. Kelly [GJK] | |
| United States Magistrate Judge | |

Attachment:   Notice of Pendency of Other Actions [mandatory form]

Copies to:

**Darryl Kevin Straitz  No. 438486**
**535 Appleyard Drive**
**Tallahassee, FL 32304**

**U**NITED **S**TATES **D**ISTRICT **C**OURT
**M**IDDLE **D**ISTRICT OF **F**LORIDA
**O**RLANDO **D**IVISION

**DARRYL KEVIN STRAITZ,**
                **Plaintiff,**

**v.**                                                **Case No. 6:09-cv-403-Orl-18GJK**

**OFFICER #1 U.S. PRISONER TRANSPORT,**
**OFFICER #2 U.S. PRISONER TRANSPORT,**
                **Defendants.**
_____

## N**OTICE** O**F** P**ENDENCY** O**F** O**THER** A**CTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____ IS          related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                         _____
                         _____
                         _____
                         _____

_____ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this N**OTICE OF** P**ENDENCY OF** O**THER** A**CTIONS** upon each party no later than eleven days after appearance of the party.

Dated:


_____
**Darryl Kevin Straitz No. 438486**
**535 Appleyard Drive**
**Tallahassee, FL 32304**